UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 3:22-cr-0046-JO-1 |
|---|---|
| Plaintiff, | Hon. Jinsook Ohta |
| v. | |
| CHRISTIAN RAMON VERA, | **ORDER TO RETURN PROPERTY** |
| Defendant. | |

Mr. Vera was sentenced to five years of Probation on January 20, 2023 (dkt. 74), and the Judgment was issued on January 30, 2023 (dkt. 76). Pretrial services requires an order allowing the return of Mr. Vera's personal items. Good cause appearing, IT IS HEREBY ORDERED that U.S. Pretrial Services is directed to return Mr. Vera's U.S. passport book and card.

SO ORDERED.

Dated: 2/14/23

HONORABLE JILL L. BURKHARDT
UNITED STATES MAGISTRATE JUDGE